JAMES HAWKINS APLC
JAMES R. HAWKINS SBN 192925
GREGORY MAURO, SBN 222239
MICHAEL CALVO, SBN 314986
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile:  (949) 387-6676
James@jameshawkinsaplc.com
Greg@jameshawkinsaplc.com
Michael@jameshawkinsaplc.com

Attorneys for Plaintiff RICHARD W. HANKEY individually and on behalf of all others similarly situated

AKIN GUMP STRAUSS HAUER & FELD LLP
DONNA M. MEZIAS (SBN 111902)
DOROTHY F. KASLOW (SBN 287112)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile: 415.765.9501
dmezias@akingump.com
dkaslow@akingump.com

Attorneys for defendant, HOME DEPOT U.S.A., INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. HANKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT USA, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00096-DOC-JDE<br>Hon. David O. Carter<br><br>**UPDATE TO JOINT REPORT PURSUANT TO FED. R. CIV. P. 26(F)**<br><br>Date: March 4, 2019<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Action Filed: October 19, 2018<br>Action Removed: January 17, 2019 |

UPDATE TO JOINT REPORT PURSUANT TO FED. R. CIV. P. 26(F)

Plaintiff RICHARD W. HANKEY ("Plaintiff" of "Hankey") and defendant HOME DEPOT U.S.A., INC. ("Home Depot"), through their respective counsel, provide the following update to Section I(F) of the Rule 26(f) Joint Report, filed February 11, 2019, 2019 (DE 10):

### F. Statement Regarding What Issues May Be Determined By Motion and a Listing of Contemplated Law and Motion Matters

In addition to the contemplated motions discussed in the parties' Joint Rule 26(f) Report, the parties add the following:

<u>Defendant's Positon:</u>

Defendant will file a motion to transfer this action to the United States District Court for the Eastern District of California to avoid otherwise duplicative litigation and the risk of inconsistent decisions, and because the Eastern District is the more appropriate venue for the convenience of the parties and witnesses. As discussed in the joint report filed February 11, 2019, this action involves the same overtime claim, i.e., that sales based bonuses were not included in the calculation of the regular rate for overtime purposes, as an earlier filed action, *Bell v. Home Depot U.S.A., Inc.*, Case No. 2:12-cv-02499-GEB-CKD, pending in the Eastern District. Throughout his employment with Home Depot, plaintiff worked at a store located in the Eastern District, such that litigating the case there is convenient for parties and witnesses and is where the operative events underlying his claims occurred.

On February 21, 2019, Home Depot filed a notice of pendency of other actions or proceedings in this Court. DE 11. On February 25, 2019, Home Depot also filed a notice of related cases in *Bell*. *See* DE 13, 13-1. On February 28, 2019, the *Bell* Court informed counsel for Home Depot that it believed the cases were related and that Home Depot should file a motion in the *Hankey* action to transfer venue to the Eastern District.

Home Depot conferred with plaintiff's counsel regarding the motion to transfer venue on February 28, 2019. Plaintiff is considering its position with

regard to Home Depot's motion. If plaintiff is unwilling to stipulate to transfer this action to the Eastern District, Home Depot will file its motion to transfer venue within one week.

Plaintiff's Position:

On February 28, 2019, Defendant contacted Plaintiff's counsel at 11:30 a.m. this morning in regards to Defendant's intention to file a motion to transfer venue. Shortly thereafter, at 2:45 p.m. this afternoon, Defendant presented Plaintiff's counsel with this report, even though Plaintiff has not had an opportunity to consider Defendant's position and whether Plaintiff will stipulate to or oppose the transfer of venue. Despite these present circumstances, Plaintiff in good faith is participating in this meet and confer statement and apprises the Court that he does not have a determinative position on Defendant's request to transfer venue at this time.

Dated: February 28, 2019        JAMES R. HAWKINS, APLC


                                By      /s/ James R. Hawkins
                                        JAMES R. HAWKINS
                                        GREGORY MAURO
                                        MICHAEL CALVO

                                Attorneys for plaintiff Richard W. Hankey


Dated: February 28, 2019        AKIN GUMP STRAUSS HAUER & FELD LLP


                                By      /s/ Donna M. Mezias
                                        Donna M. Mezias
                                        Attorneys for defendant
                                        Home Depot U.S.A., Inc.

- 2 -
UPDATE TO JOINT REPORT PURSUANT TO FED. R. CIV. P. 26(F)

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: February 28, 2019          /s/ Donna M. Mezias
                                  Donna M. Mezias