UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. HANKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00413-MCE-CKD<br><br>**RELATED CASE ORDER** |
| SANDY BELL and MARTIN GAMA, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; JOHN BROOKS, an individual; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:12-cv-02499-JAM-CKD |

1 | Examination of the above-entitled actions reveals that these
2 | actions are related within the meaning of Local Rule 123 (E.D. Cal.
3 | 2005). Accordingly, the assignment of the matters to the same
4 | judge is likely to affect a substantial savings of judicial effort
5 | and is also likely to be convenient for the parties.
6 | The parties should be aware that relating the cases under
7 | Local Rule 123 merely has the result that these actions are
8 | assigned to the same judge; no consolidation of the actions is
9 | effected.
10 | IT IS THEREFORE ORDERED that the action denominated
11 | 2:19-CV-00413-MCE-CKD be reassigned to Judge John A. Mendez for all
12 | further proceedings, and any dates currently set in this reassigned
13 | case only are hereby VACATED. Henceforth, the caption on documents
14 | filed in the reassigned cases shall be shown as 2:19-CV-00413-JAM-
15 | CKD.
16 | IT IS FURTHER ORDERED that the Clerk of the Court make
17 | appropriate adjustment in the assignment of civil cases to
18 | compensate for this reassignment.
19 | IT IS SO ORDERED.
20 | Dated: January 10, 2020

/s/ John A. Mendez
United States District Court Judge