JAMES HAWKINS APLC
JAMES R. HAWKINS SBN 192925
GREGORY MAURO, SBN 222239
MICHAEL CALVO, SBN 314986
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
James@jameshawkinsaplc.com
Greg@jameshawkinsaplc.com
Michael@jameshawkinsaplc.com

Attorneys for Plaintiff RICHARD W. HANKEY individually and on
behalf of all others similarly situated

AKIN GUMP STRAUSS HAUER & FELD LLP
DONNA M. MEZIAS (SBN 111902)
DOROTHY F. KASLOW (SBN 287112)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile: 415.765.9501
dmezias@akingump.com
dkaslow@akingump.com

Attorneys for defendant HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. HANKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT USA, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00413-JAM-CKD<br>Hon. John A. Mendez<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE FACT DISCOVERY CUTOFF** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUTOFF

Plaintiff Richard Hankey ("Plaintiff"), and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby enter into this joint stipulation to continue the fact discovery cutoff as follows:

1. On January 13, 2020, the Court granted Plaintiff's *ex parte* application to continue the fact discovery cutoff from January 17, 2020 to May 18, 2020. There have been no other extensions of the fact discovery cutoff.

2. The Parties scheduled Rule 30(b)(6) depositions for March 31 and April 1, 2020 in Atlanta, Georgia.

3. Due to the COVID-19 outbreak and associated travel restrictions, the Parties have agreed to reschedule the Rule 30(b)(6) depositions and further agree that the discovery cutoff should be continued to accommodate such rescheduling.

4. The parties hereby stipulate that the discovery cutoff be continued from May 18, 2020 to August 17, 2020.

WHEREAS, good cause exists, as described above, to extend the discovery cutoff.

IT IS SO STIPULATED.

Dated: April 6, 2020　　　　　　　　　JAMES R. HAWKINS, APLC

　　　　　　　　　　　　　　　　By　　/s/ *Gregory Mauro* (as authorized April 6, 2020)
　　　　　　　　　　　　　　　　　　　JAMES R. HAWKINS
　　　　　　　　　　　　　　　　　　　GREGORY MAURO
　　　　　　　　　　　　　　　　　　　MICHAEL CALVO

　　　　　　　　　　　　　　　　Attorneys for plaintiff Richard W. Hankey


Dated: April 6, 2020　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP

　　　　　　　　　　　　　　　　By　　　　　/s/ *Dorothy F. Kaslow*
　　　　　　　　　　　　　　　　　　　Dorothy F. Kaslow
　　　　　　　　　　　　　　　　　　　Attorneys for defendant
　　　　　　　　　　　　　　　　　　　Home Depot U.S.A., Inc.

**ORDER**

Having reviewed the joint stipulation by Plaintiff Richard Hankey and Defendant Home Depot U.S.A., Inc. to continue the fact discovery cutoff, and good cause appearing, IT IS HEREBY ORDERED that the fact discovery deadline is continued to August 17, 2020.

**IT IS SO ORDERED.**

DATED: 4/7/20   /s/ John A. Mendez
John A. Mendez
United States District Court Judge