JAMES HAWKINS APLC
JAMES R. HAWKINS SBN 192925
GREGORY MAURO, SBN 222239
MICHAEL CALVO, SBN 314986
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile:  (949) 387-6676
James@jameshawkinsaplc.com
Greg@jameshawkinsaplc.com
Michael@jameshawkinsaplc.com

Attorneys for Plaintiff RICHARD W. HANKEY individually and on
behalf of all others similarly situated

AKIN GUMP STRAUSS HAUER & FELD LLP
DONNA M. MEZIAS (SBN 111902)
DOROTHY F. KASLOW (SBN 287112)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile: 415.765.9501
dmezias@akingump.com
dkaslow@akingump.com

Attorneys for defendant HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. HANKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT USA, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00413-JAM-CKD<br>Hon. John A. Mendez<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE FACT DISCOVERY CUTOFF** |

Plaintiff Richard Hankey ("Plaintiff"), and Defendant Home Depot U.S.A., Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby enter into this joint stipulation to continue the fact discovery cutoff as follows:

1. On January 13, 2020, the Court granted Plaintiff's *ex parte* application to continue the fact discovery cutoff from January 17, 2020 to May 18, 2020.

2. The Parties scheduled Rule 30(b)(6) depositions for March 31 and April 1, 2020 in Atlanta, Georgia. Due to the COVID-19 outbreak and associated travel restrictions, the Parties agreed to reschedule the Rule 30(b)(6) depositions and further agreed that the discovery cutoff should be continued to accommodate such rescheduling.

3. On April 7, 2020, the court granted the Parties' joint stipulation to continue the fact discovery cutoff to August 17, 2020.

4. Due to continued delays and travel restrictions associated with the COVID-19 pandemic, the Rule 30(b)(6) depositions have been rescheduled to September 10 and 11, 2020 in Atlanta, Georgia.

5. To accommodate the rescheduling, the parties hereby stipulate that the discovery cutoff be continued a second time from August 17, 2020 to October 16, 2020.

WHEREAS, good cause exists, as described above, to extend the discovery cutoff.

IT IS SO STIPULATED.

Dated: July 1, 2020                    JAMES HAWKINS, APLC

                                       By    */s/ Gregory Mauro* (as authorized June 26, 2020)
                                              JAMES R. HAWKINS
                                              GREGORY MAURO
                                              MICHAEL CALVO

                                       Attorneys for plaintiff Richard W. Hankey

1
2
3  Dated: July 1, 2020                    AKIN GUMP STRAUSS HAUER & FELD LLP
4                                         By      */s/ Dorothy F. Kaslow*
5                                                   Dorothy F. Kaslow
                                                    Attorneys for defendant
6                                                   Home Depot U.S.A., Inc.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY CUTOFF

**ORDER**

Having reviewed the joint stipulation by Plaintiff Richard Hankey and Defendant Home Depot U.S.A., Inc. to continue the fact discovery cutoff, and good cause appearing, IT IS HEREBY ORDERED that the fact discovery deadline is continued to October 16, 2020.

**IT IS SO ORDERED.**

DATED: July 1, 2020          /s/ John A. Mendez
                             John A. Mendez
                             United States District Court Judge