JAMES HAWKINS APLC
JAMES R. HAWKINS SBN 192925
GREGORY MAURO, SBN 222239
MICHAEL CALVO, SBN 314986
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile:  (949) 387-6676
James@jameshawkinsaplc.com
Greg@jameshawkinsaplc.com
Michael@jameshawkinsaplc.com

Attorneys for Plaintiff RICHARD W. HANKEY individually and on behalf of all others similarly situated

AKIN GUMP STRAUSS HAUER & FELD LLP
DONNA M. MEZIAS (SBN 111902)
DOROTHY F. KASLOW (SBN 287112)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile: 415.765.9501
dmezias@akingump.com
dkaslow@akingump.com

Attorneys for defendant HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. HANKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT USA, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00413-JAM-CKD<br>Hon. John A. Mendez<br><br>**ORDER TO CONTINUE SUMMARY JUDGMENT HEARING DATE AND BRIEFING SCHEDULE** |

**ORDER**

Having reviewed the joint stipulation by Plaintiff Richard Hankey and Defendant Home Depot U.S.A., Inc. to continue the hearing on Home Depot's Summary Judgment Motion and related briefing, and good cause appearing, IT IS HEARBY ORDERED that:

1. The hearing on Home Depot's Summary Judgment Motion (DE 51) will be continued from January 12, 2021 at 1:30 p.m. to February 9, 2021 at 1:30 p.m.;

2. Plaintiff's Opposition will be due January 26, 2021; and

3. Home Depot's Reply will be due February 2, 2021.

**IT IS SO ORDERED.**

DATED: December 21, 2020         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE