**JAMES HAWKINS APLC**
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 800
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for RICHARD W. HANKEY individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. HANKEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>THE HOME DEPOT USA, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:19-CV-00413-JAM-CKD<br>Hon. John A. Mendez<br><br>**ORDER RE JOINT REQUEST FOR EXTENSION FOR PLAINTIFF TO FILE DISPOSITIONAL DOCUMENT(S) BY ONE WEEK** |

**ORDER**

# **ORDER**

Having read and considered the Joint Request for Extension For Plaintiff to File Dispositional Document(s), the Court hereby grants the Request and **ORDERS** Plaintiff to file any dispositional document(s) in this matter by February 23, 2021.

**IT IS SO ORDERED.**

DATED:  February 16, 2021        /s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE