JAMES HAWKINS APLC
 James R. Hawkins, Esq. (#192925)
 Gregory Mauro, Esq. (#222239)
 Michael Calvo, Esq. (#314986)
 9880 Research Drive, Suite 800
 Irvine, CA 92618
 Tel.: (949) 387-7200
 Fax: (949) 387-6676
 Email: James@jameshawkinsaplc.com
 Email: Greg@jameshawkinsaplc.com
 Email: Michael@jameshawkinsaplc.com

Attorneys for Plaintiff RICHARD W. HANKEY individually and on behalf of all others similarly situated

AKIN GUMP STRAUSS HAUER & FELD LLP
DONNA M. MEZIAS (SBN 111902)
DOROTHY F. KASLOW (SBN 287112)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile: 415.765.9501
dmezias@akingump.com
dkaslow@akingump.com

Attorneys for defendant HOME DEPOT U.S.A., INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD W. HANKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT USA, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00413-JAM-CKD<br>Hon. John A. Mendez<br><br>**ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii)** |

## **ORDER**

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff RICHARD W. HANKEY and Defendant HOME DEPOT USA, INC., ("Defendant") (collectively, the "Parties"). The Parties' Stipulation requesting dismissal of this entire action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class and putative class claims, shall be and hereby is GRANTED. The case is hereby dismissed in its entirety. The dismissal is with prejudice as to Plaintiff's individual claims against Defendant. The dismissal is without prejudice as to the claims of putative class members against Defendant.

**IT IS SO ORDERED.**

DATED: February 24, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE